UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
_____
CASE NO.: 16-11767-AA
(DC DKT NO. 2:09-cv-529-JES-DNF)
_____

ROBERTO ROLDAN,

                Defendant/Appellant,

v.

MALIBU MEDIA, LLC,

                Plaintiff/Appellee.
_____

On Appeal from the United States District Court
for the Middle District of Florida
_____

**APPELLEE MALIBU MEDIA'S
STIPULATION OF SUBSTITUTION OF COUNSEL**
_____

Dion J. Cassata, Esq.
Florida Bar No. 672564
*dion@cassatalaw.com*

Cassata Law, P.A.
7999 N. Federal Highway, Suite 200
Boca Raton, FL 33487

Telephone:   (954) 364-7803
Facsimile:   (954) 251-4787

[Counsel for Plaintiff/Appellee]

*Malibu Media, LLC v. Roldan,* CASE NO.: 16 -11767
(DC DKT NO. 8:13-cv-03007-JSM-TBM)

## CERTIFICATE OF INTERESTED PERSONS AND
## PUBLIC DISCLOSURE STATEMENT

Appellee Malibu media, LLC, pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rules 26.1-1 through 25.1-3, certifies that the previously filed and served Certificate of Interested Persons and Public Disclosure Statement is complete.

*Malibu Media, LLC v. Roldan,* CASE NO.: 16 -11767
(DC DKT NO. 8:13-cv-03007-JSM-TBM)

## **STIPULATION FOR SUBSTITUTION OF COUNSEL**

IT IS HEREBY STIPULATED by and between the undersigned attorneys and with consent of Plaintiff-Appellee MALIBU MEDIA, LLC (hereinafter, "Malibu Media" or "Plaintiff") that Emilie Kennedy, Esq. and the law firm of Pillar Law Group, have been terminated as counsel for Malibu Media, and thus shall be relieved from any further responsibility in this matter, and that Cassata Law, P.A. is hereby substituted as counsel for Malibu Media, and shall represent it all further proceedings before this tribunal.

Thus, all future pleadings and other pertinent documents in this matter should be served upon the law firm of Cassata Law, P.A. via the contact information detailed below.

*Malibu Media, LLC v. Roldan,* CASE NO.: 16 -11767
(DC DKT NO. 8:13-cv-03007-JSM-TBM)

Respectfully submitted,

Dated: June 7, 2017                    COUNSEL FOR APPELLEE

                                                  BY:   ***s/Dion J. Cassata***
                                                          Dion J. Cassata
                                                          Fla. Bar No. 672564
                                                          *dion@cassatalaw.com*

                                                          Cassata Law, P.A.
                                                          Boca Crown Centre
                                                          7999 N. Federal Highway
                                                          Suite 200
                                                          Boca Raton, FL 33487

                                                          Telephone:   (954) 364-7803
                                                          Facsimile:   (954) 251-4787

## ATTORNEY'S CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2017, this document was served via CM/ECF on counsel for Plaintiff via E-Service.

                                                          BY:   ***s/Dion J. Cassata***
                                                               Dion J. Cassata

# SERVICE LIST
*Roldan v. Malibu Media, LLC*
(All counsel or parties below have been served
via CM/ECF-generated Notice of Electronic Filing).

| COUNSEL FOR PLAINTIFF/Appellee | COUNSEL FOR DEFENDANT/Appellant |
|---|---|
| Dion J. Cassata, Esq._ _dion@cassatalaw.com_  Cassata Law, P.A. Boca Crown Centre 7999 N. Federal Highway, Suite 200 Boca Raton, FL 33487  Telephone:   (954) 364-7803 Facsimile:   (954) 251-4787  [Counsel for Appellee Malibu Media, LLC] | Cynthia Ariel Conlin, Esq. *Cynthia@cynthiaconlin.com*  Jennifer Dawn Reed, Esq.  Cynthia Conlin, P.A. 1643 Hillcrest Street Orlando, FL 32803  Telephone: (407) 965-5519  [Counsel for Appellant Roberto Roldan] |

5